**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | April 1, 2013 |
| Court Reporter: | Terri Lindblom | | |

Criminal Action No. 12-cr-00367-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,       Michelle Heldmyer (by video conference)

      Plaintiff,

v.

MICHAEL LEROY SCHONLAU,       Stephen Laiche

      Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**9:07 a.m.**     **Court in session.**

Defendant present on bond.

Defendant is arraigned on Counts 1 and 2 of the **Indictment**. Defendant pleads guilty to Counts 1 and 2 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

      1)    The Plea Agreement;
      2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
      3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Counts 1 and 2 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing currently set on **July 1, 2013 at 9:00 a.m.**, in Denver is **VACATED**. Counsel will jointly contact chambers to reset the Sentencing Hearing in Grand Junction, CO.

**ORDER:** Pending Motion (**Doc.#14**) is **DENIED as moot.**

**ORDER:** Bond is continued.

**9:42 a.m.** **Court in recess.**

**Total Time:** **35 minutes.**
**Hearing concluded.**